1
2
3
4
5
6
7
8                **UNITED STATES DISTRICT COURT**

9                **CENTRAL DISTRICT OF CALIFORNIA**

10
11   DAVID YBARRA LORENZ,              )    NO. CV 15-1155-DDP(AS)
                                       )
12                  Petitioner,        )
                                       )    **ORDER ACCEPTING FINDINGS,**
13            v.                       )
                                       )    **CONCLUSIONS AND RECOMMENDATIONS OF**
14   DEPARTMENT OF CORRECTIONS,        )
                                       )    **UNITED STATES MAGISTRATE JUDGE**
15                  Respondent.        )
                                       )
16   _____)

17

18        Pursuant to 28 U.S.C. section 636, the Court has reviewed the
19   Petition, all of the records herein and the attached Report and
20   Recommendation of United States Magistrate Judge, to which no objections
21   were filed.  The Court accepts and adopts the Magistrate Judge's Report
22   and Recommendation.
23

24        IT IS ORDERED that Judgment be entered denying and dismissing the
25   Petition without prejudice.
26   ///
27   ///
28

1    IT IS FURTHER ORDERED that the Clerk serve copies of this Order,

2  the Magistrate Judge's Report and Recommendation and the Judgment herein

3  on counsel for Petitioner and counsel for Respondent.

4

5    LET JUDGMENT BE ENTERED ACCORDINGLY.

6

7    DATED:  _____August 20_____, 2015.

8

9

10  _____

11           DEAN D. PREGERSON
        UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                        2