**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| DAVID YBARRA LORENZ, | ) | NO. CV 15-1155-DDP(AS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| DEPARTMENT OF CORRECTIONS, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: ____August 20_____, 2015.

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE